**In re Amy Ma and Sherman Feng**
**Debtors**

Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, wife, joint, or community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | | |
| Total: | | | | |

In re: Amy Ma and Sherman Feng                                    Case No.

**Debtors**                                                        **(If Known)**

# Schedule B - Personal Property

Except as directed below, list personal property of debtor of whatever kind . If the debtor has no property in one or more of the categories , place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category , attach a separate sheet properly identified with the case number of the category .  If the debtor is married, state wether the husband, wife, both, or the marital community own the property by placing an "H" "W" or "C" in the column labeled "Husband, Wife or Community ."  If the debtor is an individual or a joint petition is filled, state the amount of any exemptions claimed only in Schedule C - Property Claimed as exempt.

**Do not list interests in executory contracts and unexpired leases on this Schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person' s name and address under "Description and Location of Property ."If the property is being held for minor child, simply state the child's initials and name and address of the child's parent or guardian, such as "A , B, a minor child, by John DOE, guardian ."   Do not disclose the child's name .  See, 11 U.S.C. § 112 and Fed. R. Bankr. P . 1007 (m).

| Type Of  Property | None | Description And Location Of Property | Husband, Wife, Joint, Or Community | Current Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | | $200.00 |
| 2. Checking, Savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives | | Bank of America savings account $200.00 Bank of America checking account 200.00 Citibank checking account $200.00 Bank of America savings account $190.00 | | $790.00 |
| 3. Security deposits with public utilities, telephone companies, landlord, and others | x | | | |

| | | | | |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | Furniture and furnishings | | $1,500.00 |
| 5.Books; pictures and other art objects; antiques; stamp. Coin, record, tape, compact disc, and other collections or collectibles | x | | | |
| 6. Wearing apparel | | clothes | | $500.00 |
| 7. Furs and jewelry. | | Rings, earrings | | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9.Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | x | | | |
| 10. Annuities. Itemize and name each issuer | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530 (b)(1) or under a qualified State tuition plan defined in 26 U.S.C. §521 (c).) | x | | | |
| 12. Interests in I.R.A , ERISA , Keogh ,or other pension or profit sharing plans. Give particulars. | | Retirement account in IRA for Amy Ma | | $128,838.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in Smart Connect Telecommunications, Inc. | | $600.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 15. Government and corporate bonds and other non - negotiable instruments. | x | | | |
| 16. Accounts receivable. | x | | | |

| | | | | |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to witch the debtor is or may be entitled. Give particulars. | x | | | |
| 18.Other liquidated debts owed to debtor including tax refunds. Give particulars | x | Smart Connect Telecommunications owes unpaid salaries to debtors in the approximate amount of $70,000; this money is deemed not collectible; | | $1.00 |
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in section A - Real Property | x | | | |
| 20.Contingent and noncontingent interest in estates of a decedent, death benefit plan, life insurance policy , or trust. | x | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each | x | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars | x | | | |
| 23.Licences, franchises and other general intangibles. Give particulars. | x | | | |
| 24.Customer lists or other compilations containing personally identifiable information(as defined in U.S.C §101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | x | | | |
| 25.Automobiles, trucks, trailers and other vehicles and accessories | | 2009 Honda CBR sport bike - $3,000 | | $3,000.00 |
| 26. Boats, motors, and accessories | x | | | |
| 27. Aircrafts and accessories | x | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, laptop, printer | | $500.00 |

| | | | | |
|---|---|---|---|---|
| 29.Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30.Inventory | x | | | |
| 31.Animals | x | | | |
| 32.Crops - growing or harvested. Give particulars | x | | | |
| 33.Farming equipment and implements. | x | | | |
| 34.Farm supplies, chemicals, and feed | x | | | |
| 35.Other personal property of any kind not listed. Itemized | x | | | |
| | | | | $136,929.00 |

B 6C (Official Form 6C) (12/07)

In re Amy Ma and Sherman Feng        Case No. _____
Debtor(s)                                       (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ( ) Check if debtor claims a homestead exemption that exceeds (Check one box)

                                          $136,875.

( )   11 U.S.C. § 522(b)(2)
(x)   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| cash | CCP Sect 703.140 (b)(5) | $200.00 | $200.00 |
| Checking and savings acct in Bank of America and Citibank | CCP Sect 703.140 (b)(5) | $790.00 | $790.00 |
| household furniture and furnishings | CCP Sect 703.140 (b)(3) | $1,500.00 | $1,500.00 |
| clothes | CCP Sect 703.140 (b)(3) | $500.00 | $500.00 |
| jewelry | CCP Sect 703.140 (b)(4) | $1,000.00 | $1,000.00 |
| misc. office equip; computer, camera | CCP Sect 703.140(b)(6) and (5) | $500.00 | $500.00 |
| Stock in Smart Telecom | CCP Sect 703.140(b) (5) | $600.00 | $600.00 |
| Retirement account in IRA | CCP Sect 703.140(b) (10)(E) | $128,838.46 | $128,838.46 |
| 2009 Honda CBR 600 | CCP Sect 703.140(b)(2) and (5) | up to $4800 under 140(b)(2) | $3,000.00 |
| salaries owed by Smart Telecom | CCP Sect 703.140(b) (5) | $1.00 | $1.00 |
| Total: | | | $136,929.46 |

In re **Amy Ma and Sherman Feng**     Case No. _____
         **Debtor s**                             **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

( )    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER _____ (See instructions above) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingency | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| San Francisco Toyota 3800 Geary Blvd. San Francisco, CA 94118 | | | for notice only; purchase of 2010 Toyota Tundra by Smart Connect Telecommunications, Inc. | | | | $0.00 | |
| | | | Grand Total: | | | | $0.00 | |

**In re   Amy Ma and Sherman Feng**                                  **Case No.**
               **Debtors**                                                   **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

G     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

      TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

**G  Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

**G Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

**In re ,   Amy Ma and Sherman Feng**                              **Case No**
                    **Debtor**                                                      **(if known)**

G  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

G  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

G  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

G  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

( )  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

G  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9)

G  **Claims for Death or Personal Injury While Debtor Was Intoxicated**.

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**In re**   **Amy Ma and Sherman Feng**                                    **Case No.**
              **Debtors**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDE RATION F O R CLAIM | C O N TI N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812-2952 | | | | | | | **For notice only** | **$0.00** | |
| Chief Counsel Franchise Tax Board c/o General Counsel Section P.O. Box 1720, MS: A-260 Rancho Cordova, CA 95741-1720 | | | | | | | **For notice only** | **$0.00** | |
| Franchise Tax Board PO Box 1673 Sacramento, CA 95812-1673 | | | | | | | **For notice only** | **$0.00** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| U. S Dept of Justice, Civil Trial Sect, Western Region Box 683, Franklin Station Washington, D.C. 20044 | | | | | | **For notice only** | **$0.00** | |
| U S Attorney for the IRS 450 Golden Gate Ave. San Francisco, CA 94102 | | | | | | **For Notice only** | **$0.00** | |
| IRS - Centralized Insolvency P.O. Box 21126 Philadelphia, PA 19114 | | | | | | **For notice only** | **$0.00** | |
| Board of Equalization Account Analysis & Control Section MIC 29 P. O. Box 942879 Sacramento, Ca 94279-0029 | | | | | | **for notice only** | **$0.00** | |
| Employment Development Department Bankruptcy Special Procedures Group P. O. Box 826880 MIC 92E Sacramento, CA 94280-0001 | | | | | | **for notice only** | **$0.00** | |
| IRS Special Procedures Unit 1301 Clay Street, 1400S Oakland, CA 94612 | | | | | | **for notice only** | **$0.00** | |
| United States Attorney Civil Division 450 Golden Gate Avenue San Francisco CA 94102 | | | | | | **for notice only** | | |
| IRS Special Procedures Unit 450 Golden Gate Ave. San Francisco, CA 94102 | | | | | | **for notice only** | **$0.00** | |
| **Grand Total:** | | | | | | | **$0.00** | |

6f (Official Form 6f) (12/7) - Cont.

In re:  <u>Amy Ma and Sherman Feng</u>                                   Case No
            Debtor(s)                                                            (If known)

# Schedule F - Creditors Holding Unsecured Non-Priority Claims

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place n "X" in more than one of these three columns.)

( )  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name Mailing Address Including Zip Code, and Account Number _____ (See instructions above) | Codebtor | Husband, Wife, Joint, or Community | Date Claimed was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, So State. | Contingency | Unliquidated | Disputed | Amount of Claim | Total of all claims |
|---|---|---|---|---|---|---|---|---|
| Alan Lithgow, Building Manager 2497 Technology Drive, Hayward, Ca | yes | c | unpaid rent for Smart Connect Telecommunications, Inc. | | | x | $21,475.51 | |

| | | | | | |
|---|---|---|---|---|---|
| Cornish and Carey Newmark Knight Frank 25801 Industrial Blvd. Suite C Hayward, CA 94545 | | for notice only | | | |
| Townsend Commercial Real Estate Attn: Rob Hibbitts, VP 600 Townsend Street, Suite 120E San Francisco, CA 94103 | | for notice only | | | |
| Ann Gosselin c/o Thomas Gosselin Teraoka & Partners, LLP 25 Metro Drive, #600 San Jose, CA 95110 | | claim by former landlord for unpaid rent of Smart Telecommunications, Inc. for notice only | | | |
| San Francisco Toyota 3800 Geary Blvd. San Francisco, CA 94118 | | for notice only; purchase of 2010 Toyota Tundra by Smart Connect Telecommunications, Inc. | | | |
| American Revenue Management P. O. Box 2122 Oakland, CA 94621 | | alarm services for 2010 - 2011 | | $1,803.00 | |
| UCSF Medical Center P. O. Box 7813 San Francisco, CA 94120 | | for notice only, medical and laboratory services in 2011 | | | |
| NCO Financial Systems, Inc. P. O. Box 15270 Wilmington, DE 19850 | | collection agent for UCSF Medical Center | | $1,780.29 | |
| NCO Financial Systems, Inc. 600 Holiday Plaza Dr. Suite 300 Matteson, IL 60443 | | collection agent for UCSF Medical Center | | | |
| CBE Group P. O. Box 2635 Waterloo, IA 50704 | | collection agent for Direct TV incurred TV subscription in 2013 | | $751.37 | |
| Direct TV P. O. Box 78626 Phoenix, AZ 85062 | | for notice only | | | |
| Bank of America P. O. Box 15019 Wilmington, DE 19886 acct 54390 | | Credit card charges business purchases incurred in 2010-2012 | | $3,525.00 | |
| Bank of America Visa P. O. Box 15019 Wilmington, DE 19886 acct 9218 | | Credit card charges business purchases incurred in 2010-2012 | | $17,584.68 | |

| | | | | |
|---|---|---|---|---|
| Bank of America<br>Visa<br>P. O. Box 15796<br>Wilmington, DE 19886<br>acct 4437 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $12,179.51 |
| Chase Bank<br>P. O. Box 94014<br>Palantine, IL 60094<br>acct 1908 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $9,121.32 |
| Capital One<br>P. O. Box 71083<br>Charlotte, NC 28272<br>acct 7406 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $22,437.53 |
| Citibusiness Card<br>Processing Center<br>Des Moines, IA 50363<br>acct 7511 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $18,445.52 |
| Cit Cards<br>Processing Center<br>Des Moines, IA 50363<br>acct 3421 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $15,236.05 |
| Discover Card<br>P. O. Box 30943<br>Salt Lake City, UT 84130<br>acct 0075 | | Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $13,005.96 |
| Discover Card<br>P. O. Box 6103<br>Carol Stream, IL 60197<br>acct 0075 | | for notice only;<br>Credit card charges<br>business purchases<br>incurred in 2010-2012 | | |
| Chase Freedom Card<br>P. O. Box 94014<br>Palantine, IL 60094<br>acct 8183 | | for notice only;<br>Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $1,842.92 |
| Chase Freedom Card<br>P. O. Box 94014<br>Palantine, IL 60094<br>acct 9703 | | for notice only;<br>Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $2,081.38 |
| Chase Freedom Card<br>P. O. Box 15298<br>Wilmington, DE 19850<br>acct 9703 | | for notice only | | |
| Discover Card<br>P. O. Box 30421<br>Salt Lake City, UT 84130<br>acct 9344 | | for notice only;<br>Credit card charges<br>business purchases<br>incurred in 2010-2012 | | $7,592.63 |
| Discover Card<br>P. O. Box 29033<br>Phoenix, AZ 85038<br>acct 9344 | | for notice only | | |

| | | | | | |
|---|---|---|---|---|---|
| Lexus Pursuits Visa<br>P. O. Box 790069<br>St. Louis, MO 63179<br>acct 7054 | | for notice only;<br>Credit card charges<br>business purchases<br>incurred in 2010-2012 | | | $15,605.41 |
| Lisa Ma<br>377 North Montezuma #105<br>Prescott Valley, Arizona,<br>86301 | | personal loan for business use<br>incurred in 2003 | | | $20,000.00 |
| Peter Feng<br>Taipei,Taiwan | | personal loan for business use<br>incurred in 2010 | | | $10,000.00 |
| Aunty Mao<br>#22 Lane 94<br>Dexing West Road<br>Shilin District<br>Taiwan, R.O.C. | | personal loan for business use<br>incurred in 2006 | | | $15,000.00 |
| Uncle Kao<br>#11 Alley 22<br>Lane 133<br>Zhongyang Road<br>Xindian District, Taiwan<br>R.O.C. | | personal loan for business use<br>incurred in 2008 | | | $20,000.00 |
| Allied Interstate<br>4285 Genesee Street<br>Cheektowaga, NY 14225<br>acct 7406 | | collection agent for Capital<br>One Services, Inc.<br>for notice only | | | |
| Northstar Location Services,<br>LLC<br>Financial Services Dept.<br>P. O. Box 49<br>Bowmanvilles, NY 14026<br>acct 0075 | | collection agent for Discover<br>Bank<br>for notice only | | | |
| Alliance One<br>4850 Street Road, Suite 300<br>Trevose, PA 19053<br>acct 4021<br>Citibank acct 3421 | | collection agent for Citibank<br>for notice only | | | |
| FIA Card Services, N. A.<br>P. O. Box 982238<br>El Paso, TX 79998<br>acct 4390<br>acct 4437 | | collection for Bank of America<br>credit card accounts<br>for notice only | | | |
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>acct 7406 | | collection agent for Capital<br>One<br>for notice only | | | |
| Professional Recovery<br>Services, Inc.<br>P. O. Box 1880<br>Voorhees, NJ 08043<br>acct 9322<br>Lexus acct 7054 | | collection agent for Lexus<br>Financial Savings Bank<br>for notice only | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CIR Law Offices<br>P. O. Box 23189<br>San Diego, CA 92193<br>Discover acct 9344<br>file no. 3606704 | | | collection agent for Discover<br>Bank<br>for notice only | | | | | |
| Cardmember Service<br>P. O. Box 15548<br>Wilmington, DE 19886<br>acct 9703 | | | for notice only | | | | | |
| Bank of America<br>Visa<br>P. O. Box 15796<br>Wilmington, DE 19886<br>acct 4437 | | | credit card for Smart Telecom<br>for notice only | | | | | |
| Capital One<br>P. O. Box 71083<br>Charlotte, NC 28272<br>acct 7406 | | | credit card for Smart Telecom<br>for notice only | | | | | |
| Citcards<br>P. O. Box 6235 Sioux Falls,<br>SD 57117<br>acct 7511 | | | credit card for Smart Telecom<br>for notice only | | | | | |
| CIR, Law Offices LLP<br>John Clinnin, Esq.<br>Tara Muren, Esq.<br>8665 Gibbs Drive, Suite 150<br>San Diego, CA 92123 | | | attorneys for Discover Bank/<br>Discover Card<br>for notice only | | | | | |
| Thomas Caudill, Esq.<br>Law Office of Thomas Caudill<br>1025 North Fourth Street<br>San Jose, Ca 95112 | | | claim by former landlord of<br>Smart Communications, Inc.<br>for unpaid rent<br>notice only | | | | | |
| | | | Grand Total: | | | | $229,468.08 | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Amy Ma and Sherman Feng,**                Case No._____
Debtors                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

( x )   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON RESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Smart Connect Telecommunications, Inc.<br>671 Panorama Drive,<br>San Francisco, CA 94131 | Smart Connect Telecommunications signed a written purchase agreement to buy a 2010 Toyota Tundra under its name only. To the extent that the lender or seller claims the debtors were the alter ego of the corporation, debtors disclose that they were officers and shareholders of the corporation. However, debtors were not signatories to the contract themselves. |
| Smart Connect Telecommunications, Inc.<br>671 Panorama Drive,<br>San Francisco, CA 94131 | Smart Connect Telecommunications signed a written lease to rent property at 2497 Technology Drive, Hayward, CA in 2010 under its name only. To the extent that the landlord or owner claims the debtors were the alter ego of the corporation, debtors disclose that they were officers and shareholders of the corporation. However, debtors were not signatories to the lease themselves. |
|  |  |

In re **Amy Ma and Sherman Feng,**         Case No. _____

         Debtors                                                    (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the non debtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

(   )    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Smart Connect Telecommunications, Inc.<br>671 Panorama Drive,<br>San Francisco, CA 94131 | San Francisco Toyota<br>3800 Geary Blvd.<br>San Francisco, CA 94118 |
| Smart Connect Telecommunications, Inc.<br>671 Panorama Drive,<br>San Francisco, CA 94131 | Ann Gosselin<br>c/o Thomas Gosselin<br>Teraoka & Partners, LLP<br>25 Metro Drive, #600<br>San Jose, CA 95110 |
|  |  |

B6I (Official Form 6I) (12/07)

**In re Amy Ma and Sherman Feng**         Case No. _____
        **Debtors**                                      **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| married | RELATIONSHIP(S):  **Bradford Choung, son; Grace Choung, daughter** | **AGE(S) 15, 18** |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation:  **Unemployed** | | unemployed |
| Name of Employer: | | |
| How long employment: | | |
| Address of employer: | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | Debtor | Spouse |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly | $0.00 | $0.00 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | | $0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $0.00 | $0.00 |
| b. Insurance | | $0.00 |
| c. Union dues | | $0.00 |
| d. Other (Specify): | | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $0.00 |
| 8. Income from real property | $0.00 | |

| | | |
|---|---:|---:|
| 9. Interest and dividends | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | |
| 11. Social security or government assistance (Specify): **umeployment benefits** | $1,893.66 | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify): | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $1,893.66 | $0.00 |
| 15. Average Monthly Income   (Add amounts on lines 6 and 14) | $1893.66.00 | $0.00 |
| | | |

| | |
|---|---|
| 16.  Combined Average Monthly Income (Combine column totals from line 15) | $1,893.00 |
| | |

( Report also on Summary of Schedules and, if applicable,
On Statistical Summary of Certain Liabilties and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **Amy Ma and Sherman Feng**                    **Case No.** _____
        **Debtors**                                                      **(if known)**

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

**Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from incomeallowed on Form22A or 22C.**

**( )   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.   Complete a separate schedule of expenditures labeled                   "Spouse."**

| | |
|---|---:|
| **1. Rent or home mortgage payment (include lot rented for mobile home)** | **$1,100.00** |
| **a. Are real estate taxes included?      Yes _____No_____** | |
| **b. Is property insurance included?      Yes _____ No_____** | |
| **2. Utilities:**<br> **a. Electricity and heating fuel** | **$100.00** |
| **b. Water and sewer** | **$50.00** |
| **c. Telephone** | **$125.00** |
| **d. Other** | **$0.00** |
| **3. Home maintenance (repairs and upkeep)** | **$0.00** |
| **4. Food** | **$200.00** |
| **5. Clothing** | **$0.00** |
| **6. Laundry and dry cleaning** | **$10.00** |
| **7. Medical and dental expenses** | **$0.00** |
| **8. Transportation (not including car payments)** | **$100.00** |
| **9. Recreation, clubs and entertainment, newspapers, magazines, etc.** | **$0.00** |
| **10.Charitable contributions** | **$0.00** |
| **11.Insurance (not deducted from wages or included in home mortgage payments)** | **$0.00** |

| | |
|---|---|
| **a. Homeowner's or renter's** | |
| **b. Life** | **$0.00** |
| **c. Health** | **$0.00** |
| **d. Auto** | **$169.00** |
| **e. Other** | |
| **12. Taxes (not deducted from wages or included in home mortgage payments) (Specify)** | **$0.00** |
| **13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)** | |
| **a. Auto** | |
| **b. Other** | |
| **c. Other** | |
| **14. Alimony, maintenance, and support paid to others** | |
| **15. Payments for support of additional dependents not living at your home** | **$0.00** |
| **16. Regular expenses from operation of business, profession, or farm (attach detailed statement)** | **$0.00** |
| **17. Other:** | **$0.00** |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$1,854.00** |
| **19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:** | |
| **20. STATEMENT OF MONTHLY NET INCOME** | |
| **a. Average monthly income from Line 15 of Schedule I** | **$1,893.00** |
| **b. Average monthly expenses from Line 18 above** | **($1,854.00)** |
| **c. Monthly net income (a. minus b.)** | **$39.00** |

In re  Amy Ma and Sherman Feng ,          Case No. _____
         **Debtor**                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  01/23/2014 _____          Signature:  /s/  Amy Ma _____
                                                              Debtor

Date  01/23/2014 _____          Signature:  /s  Sherman Feng _____
                                                         (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____                                 _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                          Signature: _____

                                     _____
                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.